**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 520**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE COLE**

**J. N.**

**Verification**

I, DON ALBERTS II, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2008.

_____
DON ALBERTS II