## United States District Court for the Northern District of Illinois

Case Number: 08cv520                    Assigned/Issued By: j. n.

Judge Name: kennelly                    Designated Magistrate Judge: cole

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00

[ ] IFP       [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                         Receipt #: 2485846

Date Payment Rec'd: 1-23-08              Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
   (Type of Writ)

1  Original and  0  copies on  1-24-08  as to  defendant
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05