# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Don Alberts II

                                                  Plaintiff,

v.                                                        Case No.: 1:08−cv−00520

                                                                  Honorable Matthew F. Kennelly

The University of Chicago Medical Center

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, Rule 16(b) held on 3/31/2008 with only plaintiff's attorney appearing. Defendant was served with summons on 3/4/2008. Status hearing continued to 4/28/2008 at 09:30 AM. Plaintiff is directed to provide a copy of this order to defendant or its counsel. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.