**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: No. 08 C 520 |
|---|---|
| Don Alberts II, Plaintiff v. The University of Chicago Medical Center, Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE UNIVERSITY OF CHICAGO HOSPITALS

| | |
|---|---|
| NAME (Type or print) Robert T. Zielinski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Miller Canfield Paddock and Stone, P.L.C. | |
| STREET ADDRESS 225 West Washington Street, Suite 2600 | |
| CITY/STATE/ZIP Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6183981 | TELEPHONE NUMBER (312) 460-4216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |