**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Don Alberts II

                        Plaintiff,

v.                                                Case No.: 1:08−cv−00520

                                                  Honorable Matthew F. Kennelly

The University of Chicago Medical Center

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 6/11/2008 with plaintiff's attorney participating by phone. Defense counsel was unable to participate. Status hearing continued to 6/18/2008 at 9:00 AM., with attorneys by telephone. Both sides' counsel are ordered to participate. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.