# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Don Alberts II

                  Plaintiff,

v.

Case No.: 1:08−cv−00520

Honorable Matthew F. Kennelly

The University of Chicago Medical Center

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Plaintiff's counsel calls in as ordered for status conference but defendant's counsel does not. Defendant's counsel is ordered to show cause why a sanction should not be imposed for his failure, twice, to participate in Court−ordered conferences. Status hearing set for 7/10/2008 at 09:30 AM. Both sides' counsel are ordered to appear in person. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.